UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:13-CR-00057-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER FOR DISMISSAL OF COUNTS |
| v. ) | 2-9, 12, 22, 25, 31, 32, 34-43 |
| ) | |
| THOMAS L. KIMMEL ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and with leave of the Court, the United States Attorney for the Eastern District of North Carolina hereby dismisses Counts 2-9, 12, 22, 25, 31, 32, and 34-43 of the Indictment filed on August 21, 2013. The United States believes that dismissal of these counts will help to expedite and focus the trial.

THOMAS G. WALKER
United States Attorney

/s/ David A. Bragdon
DAVID A. BRAGDON, State Bar No. 33564
Assistant United States Attorney, Criminal Division
U.S. Attorney's Office
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Phone: 919-856-4530; Fax: 919-856-4487
e-mail: david.bragdon@usdoj.gov

The Honorable James C. Dever III
Chief United States District Judge

6/11/14
Date

1