IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-CR-57-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THOMAS L. KIMMEL, | ) | |
| | ) | |
| Defendant. | ) | |

On June 29, 2021, Thomas L. Kimmel moved for compassionate release. See [D.E. 131].

The United States shall file a response not later than September 7, 2021,

SO ORDERED. This 30 day of August 2021.

JAMES C. DEVER III
United States District Judge