IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-CR-57-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS L. KIMMEL,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER** |

The United States SHALL respond to defendant's motion for compassionate release [D.E. 143] not later than November 9, 2026.

SO ORDERED. This 7 day of October, 2026.

JAMES C. DEVER III
United States District Judge