UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:13-CR-57-D

UNITED STATES OF AMERICA

v.

THOMAS L. KIMMEL

ORDER TO SEAL

On motion of the Defendant, Thomas L. Kimmel, and for good cause shown, it is hereby ORDERED that **DE 143** be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This 5 day of October, 2026.

J. Dever

JAMES C. DEVER III
United States District Judge