IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:13-CR-57-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| THOMAS L. KIMMEL | : | |
| | : | |
| Defendant | : | |

This matter comes before the Court on the Government's Motion to Seal the Government's Response in Opposition to Defendant's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582. For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal the Government's Response in Opposition to Defendant's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582.

SO ORDERED this 10 day of November, 2026.

J. Dever

JAMES C. DEVER III
United States District Judge