IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:13-CR-57-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| THOMAS L. KIMMEL | : | |
| | : | |
| Defendant | : | |

This matter comes before the Court on the Government's Motion to Seal the Exhibits to the Government's Notice of Victims' Statements Regarding Defendant's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582. For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal the Exhibits. to the Government's Notice of Victims' Statements Regarding Defendant's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582

SO ORDERED this 12 day of November, 2026.

JAMES C. DEVER III
United States District Judge